IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CRAIG LESTER WILLIAMS and
KELLI WILLIAMS                                                                              PLAINTIFFS

v.                                        Case No. 6:24-cv-6024

RUSS REFRIGERATION HVAC, INC.;
RUSS SAUDERS; ALLMERICA FINANCIAL
BENEFIT INSURANCE COMPANY; and
THE HANOVER INSURANCE COMPANY                                             DEFENDANTS

## ORDER

Before the Court is the trial in the matter set to commence on April 21, 2025. An irreconcilable conflict with the Court's criminal docket requires that this matter be continued *sua sponte*. Accordingly, the trial in this matter is hereby **continued** and shall now commence on **May 19, 2025**. All pre-trial deadlines that have not yet elapsed shall be adjusted accordingly.

**IT IS SO ORDERED**, this 2nd day of April, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge